# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

RUSSELL EUGENE HIMES

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation of Supervised Release**)

Case Number:  00-cr-00153-PAB-02

USM Number:  29575-013

Virginia L. Grady, AFPD

(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 04/20/12 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 30, 2013

Date of Imposition of Judgment

s/Philip A. Brimmer

Signature of Judge

Philip A. Brimmer, U.S. District Judge

Name & Title of Judge

June 5, 2013

Date

DEFENDANT:  RUSSELL EUGENE HIMES
CASE NUMBER:  00-cr-00153-PAB-02                                    Judgment-Page 2 of 2

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty-seven (37) months.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                      _____

                                          UNITED STATES MARSHAL

                         By_____

                                    Deputy United States Marshal